UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| JON RAYMOND WARE | ) ) |
| Defendant. | ) ) |

2:95-CR-311-LDG-RJJ

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#28) on July 15, 1996. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FIRST INTERSTATE BANK
Amount of Restitution: $7,390.00

**Total Amount of Restitution ordered: $7,390.00**

Dated this _____10_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE